UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-229(1)(DSD)

United States of America,

Plaintiff,

v.                                        **ORDER**

Deangelo Gene Williams,

Defendant.


This matter is before the court upon the motion by defendant to amend the presentence report to reference the superseding indictment rather than the original indictment, to delete any reference to fentanyl with regards to the count of conviction (Count I of the Superseding Indictment), and to delete the word "absconding" from reference to his previous state court supervision violation. The government has not objected to this request.

As to word "absconding," the court again declines to order that it be stricken given that it accurately describes what occurred. With respect to referencing the superseding indictment and deleting the word "fentanyl," the court agrees and hereby orders that the presentence report be amended accordingly as soon as is practicable given defendant's pending designation.

Accordingly, **IT IS HEREBY ORDERED** that the motion to correct the presentence report [ECF No. 189] is granted in part and denied

in part as set forth above.


Dated: March 30, 2026


s/*Paul A. Magnuson* for
David S. Doty, Judge
United States District Court